NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABBAS ELCHEIKHALI, <br><br> Plaintiff, <br> v. <br><br> C.C.A., et al., <br><br> Defendants. | Civil Action No. 09-1618 (KSH) <br><br> **ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the Opinion filed herewith,

It is on this 31st day of March 2011,

**ORDERED** that the remaining defendants' motions for summary judgment [D.E. 82 and 83] are **granted**, and the Court now **dismisses** the plaintiff's amended complaint [D.E. 13]. The Clerk of the Court is directed to close this file.

March 31, 2011

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.